IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOBERT H. LAMBERT, JR, <br><br> Plaintiff, <br><br> vs. <br><br> ACCOUNTS RECEIVABLE MANAGEMENT, INC., <br><br> Defendant. | Civil Action No. <br><br> 2:11-CV-04420-JBS-AMD <br><br> Joint Stipulation of Dismissal |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of Plaintiff's claims against Accounts Receivable Management, Inc., in the above-captioned matter with prejudice. A proposed order of dismissal is attached hereto as **Exhibit A**.

Dated: December 12, 2011.

Respectfully submitted,

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN, P.C.

By: _/s/ amschwartz 2_
Andrew M. Schwartz
1845 Walnut Street, 17th Floor
Philadelphia, PA 19103
(215) 575-2765
Attorneys for Defendant, Accounts Receivable Management, Inc.

KIMMEL & SILVERMAN, P.C.

By: _____
Amy L. Bennecoff
1930 E. Marlton Pike, Suite Q29
Cherry Hill, NJ 08003
(856) 429-8334
Attorneys for Plaintiff, Hobert H. Lambert, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOBERT H. LAMBERT, JR, <br><br> Plaintiff, <br><br> vs. <br><br> ACCOUNTS RECEIVABLE MANAGEMENT, INC., <br><br> Defendant. | Civil Action No. <br><br> 2:11-CV-04420-JBS-AMD |

**IT IS HEREBY ORDERED:**

1. That, pursuant to the parties' December 12, 2011 Joint Stipulation of Dismissal, all claims asserted against Defendant, Accounts Receivable Management, Inc., in Civil Action No. 2:11-cv-04420-JBS-AMD are dismissed;

2. That Plaintiff's claims are dismissed, with prejudice; and

3. That all parties shall bear their own attorneys' fees and costs incurred in this action;

**SO ORDERED** this 15th day of December, 2011.

_____
HON. JEROME B. SIMANDLE
UNITED STATES DISTRICT JUDGE